## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY BICKHAM, #194310** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2146** |
| **DARREL VANNOY, WARDEN** | **SECTION: "A"(5)** |

### O R D E R

LARRY BICKHAM has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254.  In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS ORDERED** that the Attorney General and District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order.  The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings.   The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the 1-year period of limitation for filing this petition has expired.

**IT IS ORDERED** that, within thirty (30) days of entry of this order, the District Attorney for St. Tammany Parish, Louisiana shall provide the Court with a certified copy of the entire state court record.  **This shall include all pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of <u>all</u>**

**proceedings held in any state court, and all state court dispositions.**   In the event the District Attorney is unable to produce any of these documents, he shall advise the Court in writing as to the reason why he is unable to do so.

    **IT IS FURTHER ORDERED** that the petitioner, LARRY BICKHAM, may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Attorney General or District Attorney.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to ensure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for St. Tammany Parish, Louisiana.

    All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130.

    New Orleans, Louisiana, this __20th__ day of _____December_____, 2021.

 

 

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**