SCANNED at LSP and Emailed

21-02146

12-2-21 ___ AO 241 (Rev. 09/17) 15 pages
date        initials   No.

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

SECT.A MAG.5

| United States District Court Eastern District | District: | |
|---|---|---|
| Name (under which you were convicted): Larry Bickham | Docket or Case No.: | |
| Place of Confinement: Louisiana State Penitentiary, Angola, La. | Prisoner No.: 194310 | |

Petitioner (include the name under which you were convicted)

Larry Bickham

v.

Respondent (authorized person having custody of petitioner)

Darrel Vannoy, Warden

The Attorney General of the State of:   Jeff Landry

RECEIVED

DEC 0 2 2021

Legal Programs Department

**PETITION**

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Twenty Second  Judicial District Court, St. Tammany Parish

(b) Criminal docket or case number (if you know): 567022 Div. E

2.   (a) Date of the judgment of conviction (if you know):   11/18/2016

(b) Date of sentencing:   ____

3.   Length of sentence:   Life/ 30 years

4.   In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

Two Counts- Cruelty to Juvenile/ Habitual Offender Adjudication

6.   (a) What was your plea? (Check one)

TENDERED FOR FILING

☒ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty            ☐ (4)   Insanity plea

DEC 0 2 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?      N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☒ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:   First Circuit Court of Appeal

(b) Docket or case number (if you know): 2017-KA/1308  2/20/18

(c) Result:   Affirmed

(d) Date of result (if you know):   2/20/18

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Name of court:   Louisiana State Supreme Court

(2) Docket or case number (if you know):   2018KO-42

(3) Result:   Writ Denied

    1/8/19

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____ 1/8/19 _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____ Same as on direct appeal _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____ N/A _____

(2) Result: _____ N/A _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____ 22nd Judicial District Court, St. Tammany Parish _____

(2) Docket or case number (if you know): _____ 587,022 _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____ Post Conviction Relief _____

(5) Grounds raised: _____ Denial of Due Process and Equal Protection of the law _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____ Denied _____

Page 4 of 16

AO 241 (Rev. 09/17)

(8) Date of result (if you know): Oct. 28, 2019 _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of 16

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A _____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**    Denial of Due Process and Equal Protect.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please refer to the attached memorandum of law _____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

N/A _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Post Conviction Relief

Name and location of the court where the motion or petition was filed:

22nd Judicial District, St. Tammany Parish

Docket or case number (if you know):  567,022

Date of the court's decision:  Oct. 28, 2019

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  First Circuit Court of Appeal

Baton Rouge, Louisiana

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Ineffective assistance of counsel

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:**   The State suppressed exculpatory evidence

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please refer to the attached memorandum of law

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

N/A

_____

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did *not* raise this issue in your direct appeal, explain why: _____

Ineffective Assistance of counsel

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Post Conviction Relief

Name and location of the court where the motion or petition was filed: _____

22nd Judicial District Court, St. Tammany Parish

Docket or case number (if you know):   587022

AO 241 (Rev. 09/17)

Date of the court's decision:     )ct. 28, 2019

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    First Circuit Court of Appeal

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Writ Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Ineffective Assistance of Counsel

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**     Trial Court illegally suppressed the Flash Drive

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please refer to the attached memorandum of law

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

N/A

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of counsel

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Post Conviction Relief

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):   567o22

Date of the court's decision:   Oct. 28, 2019

Result (attach a copy of the court's opinion or order, if available):

Denied

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   First Circuit Court of Appeal
Baton Rouge, La.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Denied

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** ~~Brady Violations~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please refer to the attached memorandum of law

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Post Conviction Relief

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

22nd Judicial District Court, St. Tammany Parish

Docket or case number (if you know):  567,022

Date of the court's decision:  Oct. 28 ,2019

Result (attach a copy of the court's opinion or order, if available):

Denied

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  First Circuit Court of Appeal

Baton Rouge La.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

Page 12 of 16

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☐ No

           If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

           _____

           _____

           _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

           _____

           _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   [ ] Yes   ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

    _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☒ Yes   ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   22nd J.D.C. St. Tammany Parish Post Conviction Relief on ineffective assistance of counsel at sentencing _____

    _____

    _____

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the
      judgment you are challenging:

      (a) At preliminary hearing:   Prentice L. White

      (b) At arraignment and plea:   Same as above

      (c) At trial:   Same as above

      (d) At sentencing:   Same as above

      (e) On appeal:   Same as above

      (f) In any post-conviction proceeding:
            None

      (g) On appeal from any ruling against you in a post-conviction proceeding:
            None

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?          ☐ Yes   ☒ No
      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
            N/A

      (b) Give the date the other sentence was imposed:
      (c) Give the length of the other sentence:
      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
      future?          ☐ Yes   ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
            N/A

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of –

      (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

Reverse this Conviction _____

_____

or any other relief to which petitioner may be entitled.


_____N/A_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _11-29-21_ (month, date, year).


Executed (signed) on _11-29-21_ (date).


_____Larry Bickham_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____N/A_____

_____

_____

_____

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Thursday, December 2, 2021 8:37 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #194310083656.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.