2041008 SHC

RECEIVED
JUL 2 5 2016
BY:_____



**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

## VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Steven Carey, who being duly sworn, deposes and says:

My name is Steven Carey. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since November 2007. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (504) 616-7040  (504) 617-0616

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Steven Carey
July 19, 2016

The foregoing affidavit was sworn to and subscribed before me by Steven Carey, who is personally known to me.

July 19, 2016

Notary Public, State of Florida

Printed Name

Serial Number (if any)

Notary Public State of Florida
Shedrick Lang
My Commission FF 129615
Expires 06/04/2018

National Court Order Compliance

Exhibit - 1





**National Court Order Compliance**
**RESPONSE COVER SHEET**
11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone 1-800-635-6840   Facsimile 1-888-938-4715

| | |
|---|---|
| To: WILLIAM BURRIS<br>22ND JUDICIAL DIST COURT TAMMANY PARISH<br>701 N COLUMBIA ST<br>COVINGTON LA 70433 | File Code: 2041008 |

From: SHC

| | | |
|---|---|---|
| Phone Number:<br>Fax Number: 1 | Request Dated: 6/3/2016<br>Received On: 6/8/2016 | Number of Pages:<br>Date: 7/19/2016 |

- Stored Content of communications requires a Search Warrant or a Court Order based on Probable Cause. If you still require the requested content, please submit the required legal process ASAP to 888-938-4715.

- All other available requested information is enclosed.

**IMPORTANT NOTICE:**
Effective immediately, please include a time-zone in all legal demands served to AT&T. AT&T's records are kept and provided in UTC. If usage records were requested and no time zone was indicated, AT&T has queried the records in the time zone where your legal demand was issued

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense. Thank you.

2041008

STATE OF LOUISIANA          NUMBER: 567022 DIV: E

VERSUS                      22ND JUDICIAL DISTRICT COURT

LARRY BICKHAM               PARISH OF ST. TAMMANY

FILED: June 3, 2016         Jana D. Cooper
                            DEPUTY CLERK

### MOTION FOR SUBPOENA DUCES TECUM

NOW INTO COURT, through the undersigned counsel, comes defendant herein, who moves this Court for an order directing that a subpoena duces tecum be issued to:

**To Appear:**

New Cingular Wireless PCS, LLC
National Subpoena Compliance Center
P.O. Box 24679
West Palm Beach, FL 33416
Fax #: 888-938-4715

**To Produce:**

Any and all cellular phone logs of calls placed, received, text messages sent or received, digital mail sent or received, along with the tower(s) location associated with cellular phone number 504-616-7040 and/or 504-617-0616 from June 1, 2015, to the present, including but not limited to transcripts of any and all text messages sent or received from this number.

It is necessary for the defendant to have this information for the following reason(s):

It is believed that the records contain information that will support the contention that Mr. Bickham is innocent of the alleged acts.

The defendant requests that the Custodian of Records appear and produce to the Honorable William J. Burris, Judge, 22nd Judicial District Court, at least 7 days before the trial set on June 27, 2016. This is necessary to allow both defense counsel and the district attorney's office to review the requested items.

WHEREFORE, defendant moves the Court to order that the requested subpoena duces tecum be issued.

| CERTIFICATE OF SERVICE |
|---|
| I hereby certify the foregoing pleading has been served on all counsel of record on this 2nd day of June, 2016.<br><br>Brian A. Dragon |

RESPECTFULLY SUBMITTED:

Brian A. Dragon, LSBA #33100
506 Robert Blvd.
Slidell, LA 70458
Telephone: (985)718-1222