

NEW ORLEANS LA 700
07 DEC 2015 PM 3 L

Kelvin Rushing C-603
PO Box 908
Angola, LA 70434

LISA Sherman
123 LAKe DeSTe ST
Slidell, LA
7046136?823  70?????

Exhibit
3

④

Kayla had NOThing to do with it, but yet she sits in jail because of the Actions of a Self Centered person. Well its time for ALL Truths to be known since I'm the BAd guy. Then on Top of that you want both of us to Remain in Jail, why would you call & have that Lady take the Bond, I know why, & so do you. Further why would you even make mention to have charges brought against me? You are a trip, but God Above knows the Truths, and like I said you in my every prayer.

Sincerely

things to turn the TABLES in your DIRECTION I remained LOYAL to you and spoke against Larry. Well I taunted you & them, and I now am fighting for my life on a BATTERY & Robbery that I did not Commit & a gun charge that was not even mine, all put on me by your people. "For REAL" well if I never see the streets again its what it is, but I'll spend my life praying to God to Rain Hell into your life, because you are not right.

You even could have spoke up concerning Kayla, but instead you even used her as a Pawn, we all know how that Baby really got that in its system and

murder on your mind, So how Could ②
you even attempt to get me of all
people caught up. I have <u>Never</u> <u>Never</u>
done one single thing to hurt you,
even when <u>I didn't really know you</u>
when you <u>set your plan into</u> <u>MOTION</u>
<u>to steal the baby away from Lorry</u>,
I never spoke against you, and when
you called out of fear of Lorry, I
always <u>Asured</u> you that I had the
<u>BACK</u> of you & your family, and this
is how you show your <u>LOYALTY</u> to
me ???
  You been using all of us as Pawns
this entire time, you asked me to
talk to those ~~██████~~ people concerning
the situation with <u>Lorry</u> & the baby
and I trusted you and them and
even though I could have said some