Bickham's attorneys said the state indicated there was no deal with Rushing and that he was awaiting sentencing on a multiple-offender bill of information that would have required a life sentence.

"It was recently learned that the state did in fact offer Mr. Rushing a deal for his testimony against Mr. Bickham, in exchange for leniency in Mr. Rushing's case," the motion says.

Rushing pleaded guilty to several new felonies on Dec. 5, including one that carries a 10-year minimum sentence, the motion says. The habitual-offender bill of adjudication was amended to say that Rushing had only one prior felony, and he was sentenced to 10 years.

"It was Mr. Rushing's understanding that if he testified for the state he would receive a very lenient sentence, which he did," the motion says. "In fact, the deal was so impressive that the sentencing judge noted to Mr. Rushing what a great deal he received."

Bickham, who is 60, will be sentenced by Judge William Burris on Jan. 20. He could face a life sentence as a habitual offender.

Exhibit 4

FOLLOW SARA PAGONES ON TWITTER, @SPAGONESADVOCAT.

THIS WEEK'S CIRCULARS


HOVER FOR CIRCULAR
Walgreens


HOVER FOR CIRCULAR
DOLLAR GENERAL

HOVER FOR CIRCULAR
MATTRESS FIRM