# Slidell police detective under investigation for relationship with witness



Exhibit-5



Lisa's Stories
4:32
She took temp at home - 102.1
2 seizures
Eyes rolled to the back of head
Second only lasted few seconds
Larry Smokes Crack very often
Report received at 7:55 pm
8:21 Notes state Police are at bedside
Larry called and asked to pick up Navaeh because she was sick.
Checked temp at Larry's then drove to her house.
Had 1 seizure in bath tub, dressed her and brought to er.
10:30
Navaeh had a runny noise and was warm.
After bath I was getting her dressed in her onesie and her eyes rolled back. It happened again a few minutes later and brought to er
Now it makes sense why he wouldnt let her bring her to the doctor.
Ellen Young
11:17 am
Larry stated pt was sick and she needed to pick her up. She went to Larry's home and took temp
Lisa said she was taking baby home and calling the doctor
Larry Agreed
Ellen Young asked about her drug use.
Larry called she was at community service
Larry said she she was sick and needed milk
Picked up daughter
She was laying on sofa and she was wearing a tanktop
He said he couldn't find the thermometer.
Brought her back to her house and took temp
Called Larry and told him she has temp.
Marylyn and Chloe was in room.
Chloe is actually Kayla's daughter
Called Marilyn into the room when navaeh went limp
Picked her up and drove her to hospital

EXHIBIT 5