UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY BICKHAM                                              CIVIL ACTION

VERSUS                                                     NO: 21-2146

DARREL VANNOY, WARDEN                                      SECTION: "A" (5)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Larry Bickham's petition for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

April 6, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE