UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY BICKHAM | CIVIL ACTION |
| VERSUS | NO: 21-2146 |
| DARREL VANNOY, WARDEN | SECTION: "A" (5) |

## JUDGMENT

For the reasons provided,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant and against the petitioner Larry Bickham, dismissing the petition for habeas corpus relief with prejudice.

April 6, 2023

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE