UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY BICKHAM | CIVIL ACTION |
| VERSUS | NO. 21-2146 |
| DARREL VANNOY, WARDEN | SECTION "A" (5) |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

The Court having denied petitioner's application for habeas corpus relief, and considering the record in the case, hereby orders that a certificate of appealability shall not be issued having found that petitioner has not made a substantial showing of the denial of a constitutional right.

April 6, 2023

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE