U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Apr 26, 2023
CAROL L. MICHEL
SMS        CLERK        Angola

CANNED at LSP and Emailed
4-26-23 by CB.  2 pages
date    initials  No.

RECEIVED
APR 26 2023
Legal Programs Department

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Larry Bickham

vs.

Darrel Vannoy, Warden

Civil Action
NO: 21-2146
Sec: "A" (5)
Filed: _____ Clerk

NOTICE OF INTENT TO APPEAL

NOW INTO COURT comes petitioner Larry Bickham, respectfully notifying this court of his intent to appeal the judgment of this court April 6, 2023 denying habeas corpus relief into the Fifth Circuit Court of Appeal.

Done and signed on this 20th day of April 2023.

Respectfully submitted

Larry Bickham (Pro Se)
#194310
Ash-2
La. State Prison
Angola, La. 70712

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Wednesday, April 26, 2023 1:12 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #194310131156.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1