UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF DEFICIENT FILING

Larry Bickham #194310
Louisiana State Penitentiary
Ash -2
General Delivery
Angola, LA  70712

**SUBJECT**: Larry Bickham vs. Darrell Vannoy, 21-cv-2146 A (5)

**DATE OF ISSUANCE**: 4/26/2023

**Your Motion to Proceed on Appeal without Prepayment of Fees has been received but is deficient as noted below:**

The cost of filing an appeal is $505.00.  If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee.  This form has been enclosed for your convenience. *

**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

*\* If you are incarcerated and are applying for pauper status, you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the notice of appeal obtained from the appropriate official where you are presently confined.  The required certification is on the form being provided to you.*

**A** request for pauper status should be submitted on an approved form.  This form has been enclosed for your convenience. *

**Please return the completed form, with a response to each question on the form, within 21 calendar days from the date of this letter.**

*\* If you are incarcerated and are applying for pauper status, you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint or notice of appeal obtained from the appropriate official where you are presently confined.  The required certification is on the form being provided to you.*

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

Carol L. Michel
Clerk of the Court

By: _____

Sandra Simlin
Deputy Clerk

**ATTACHMENTS:  Motion to Proceed without Prepayment of Fees**

**Mail Response to:**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Rev. 5/23/2022

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

_____

Plaintiff

V.

_____

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ , declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☐ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☐ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.


   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

4.   Do you have **any** cash or checking or savings accounts?        ☐ Yes            ☐ No

       If "Yes," state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
      thing of value?        ☐ Yes            ☐ No

       If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate
      how much you contribute to their support.

      <u>Name</u>                                    <u>Relationship</u>                                    <u>Amount Contributed for Support</u>

I declare under penalty of perjury that the above information is true and correct.

_____            _____
              Date                                                          Signature of Applicant

----------------------------------------------------------------------------------------------------------------------------------------------

### STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

          I hereby certify that this inmate, _____, has a present inmate

account balance of                              at the                                          institution.  I further certify
$            _____      _____

that the average monthly deposits for the preceding six months is   $ _____

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month.  This is repeated for each of the six months.  The average from each of the six months are to be added together and the total is divided by six).*

          I further certify that the average monthly balance for the prior six months is   $ _____

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month.  This is to be repeated for each of the six prior months.  The balance from each of the six months are to be added together and the total is to be divided by six).*

_____                              _____
          Date Certified                                                                  Authorized Officer of Institution