U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Apr 26, 2023
CAROL L. MICHEL
CLERK
SMS                Angola

United States District Court
Eastern District of Louisiana

LARRY Bickham

vs.

Darrel Vannoy, Warden

Civil Action
No: 21-2146
Sec: "A" (5)
Filed: _____
                Clerk

## Motion To Proceed In Forma Pauperis

Now into court comes petitioner, Larry Bickham, a pro se litigant respectfully requesting that he be allowed to proceed on appeal into the U.S. Fifth Circuit Court of Appeal in forma pauperis.

Done and signed this 20th day of April 2023.

Larry Bickham (Pro se)
# 194310
Ash-2
La State Prison
Angola, La. 70712

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Wednesday, April 26, 2023 1:12 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #194310131156.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.