# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY BICKHAM #194310** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2146** |
| **DARREL VANNOY, WARDEN** | **SECTION "A" (5)** |

## ORDER

Considering the application and affidavit for leave to appeal <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☒ The motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ The motion is MOOT; the party was previously granted pauper status.

☐ The motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ The motion is DENIED as MOOT; the filing fee has already been paid.

☐ The motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☐ The motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:
_____
_____

May 11, 2023

_____
UNITED STATES DISTRICT JUDGE