# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30280   Bickham v. Hooper
                        USDC No. 2:21-CV-2146

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Whitney M. Jett, Deputy Clerk
                    504-310-7772

Mr. Larry Bickham
Mr. Matthew B. Caplan
Ms. Carol L. Michel