# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 16, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 23-30280   Bickham v. Hooper
              USDC No. 2:21-CV-2146

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

State Court Record to be returned.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Cc (letter only):
   Mr. Larry Bickham
   Mr. Matthew B. Caplan